B6B (Official Form 6B) (12/07)

In re **Garreth Leland Hanna,** Case No. **4:11-bk-04433**
    **JoAnn Marie Hanna**
_____,
                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank Business Checking XX4382** | C | 300.00 |
| | | | **Compass Bank Checking Account XX6854** | C | 50.00 |
| | | | **Compass Bank Business Checking XX9308** | C | 38.00 |
| | | | **Wells Fargo Business Checking XX0567** | C | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen Table and Chairs** Location: 7115 N. Skyway, Tucson AZ 85718 | C | 50.00 |
| | | | **Dining Room Table and Chairs** Location: 7115 N. Skyway, Tucson AZ 85718 | C | 50.00 |
| | | | **Sofa** Location: 7115 N. Skyway, Tucson AZ 85718 | C | 25.00 |
| | | | **Living Room Chair** Location: 7115 N. Skyway, Tucson AZ 85718 | C | 40.00 |
| | | | **Coffee Table** Location: 7115 N. Skyway, Tucson AZ 85718 | C | 30.00 |
| | | | **Lamps (3)** Location: 7115 N. Skyway, Tucson AZ 85718 | C | 20.00 |
| | | | **Lamp** Location: 7115 N. Skyway, Tucson AZ 85718 | C | 5.00 |

Sub-Total >     **608.00**
(Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

In re **Garreth Leland Hanna,**
**JoAnn Marie Hanna**, Debtors

Case No. **4:11-bk-04433**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Beds (2)**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 50.00 |
| | | **Dresser**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 40.00 |
| | | **Bedding**<br>**Sheets and Blankets**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 50.00 |
| | | **Vacuum Cleaner**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 10.00 |
| | | **Washing Machine**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 75.00 |
| | | **Clothes Dryer**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 75.00 |
| | | **Refrigerator**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 100.00 |
| | | **Stove**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 50.00 |
| | | **Television**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 50.00 |
| | | **Television**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 30.00 |
| | | **Utensils**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 15.00 |
| | | **Desk**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 20.00 |
| | | **Window Coverings**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 15.00 |
| | | **DVD Player**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 20.00 |
| | | **Fax Machine**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 20.00 |
| | | **Kitchen Hutch**<br>Location: 7115 N. Skyway, Tucson AZ 85718 | C | 25.00 |

Sub-Total >   **645.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re **Garreth Leland Hanna,**                Case No. **4:11-bk-04433**
     **JoAnn Marie Hanna**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Microwave**<br>**Location: 7115 N. Skyway, Tucson AZ 85718** | C | 10.00 |
| | | **Mirror**<br>**Location: 7115 N. Skyway, Tucson AZ 85718** | C | 7.00 |
| | | **Coffee Maker**<br>**Location: 7115 N. Skyway, Tucson AZ 85718** | C | 10.00 |
| | | **Pots**<br>**Location: 7115 N. Skyway, Tucson AZ 85718** | C | 20.00 |
| | | **Printer**<br>**Location: 7115 N. Skyway, Tucson AZ 85718** | C | 10.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Decorative Paintings**<br>**Location: 7115 N. Skyway, Tucson AZ 85718** | C | 25.00 |
| | | **Computer**<br>**Location: 7115 N. Skyway, Tucson AZ 85718** | C | 100.00 |
| | | **Laptop**<br>**Location: 7115 N. Skyway, Tucson AZ 85718** | C | 40.00 |
| 6. Wearing apparel. | | **Men's and Women's Clothing**<br>**Location: 7115 N. Skyway, Tucson AZ 85718** | C | 250.00 |
| 7. Furs and jewelry. | | **Watch**<br>**Location: 7115 N. Skyway, Tucson AZ 85718** | C | 30.00 |
| | | **Wedding Rings**<br>**Location: 7115 N. Skyway, Tucson AZ 85718** | C | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                                                    Sub-Total >    **1,002.00**
                                                                                  (Total of this page)

Sheet **2** of **4** continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Garreth Leland Hanna,**            Case No. __**4:11-bk-04433**__
       **JoAnn Marie Hanna**
                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **JoAnn M. Hanna Inc.** | **C** | **0.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Personal Injury Lawsuit** | **C** | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                                           Sub-Total >     **0.00**
                                                                                         (Total of this page)

Sheet __**3**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Garreth Leland Hanna,** Case No. **4:11-bk-04433**
**JoAnn Marie Hanna**,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Chevrolet Silverado 1500 HD Crew Cab** **Location: 7115 N. Skyway, Tucson AZ 85718** | C | 10,675.00 |
| | | **2004 Nissan Maxima** **Location: 7115 N. Skyway, Tucson AZ 85718** | C | 8,175.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > **18,850.00**
(Total of this page)
Total > **21,105.00**

Sheet **4** of **4** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **Garreth Leland Hanna,**
**JoAnn Marie Hanna**, Case No. **4:11-bk-04433**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1101(A) | 150,000.00 | 275,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wells Fargo Bank Business Checking XX4382 | Ariz. Rev. Stat. § 33-1126A9 | 300.00 | 300.00 |
| **Household Goods and Furnishings** | | | |
| Kitchen Table and Chairs Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(1) | 50.00 | 50.00 |
| Dining Room Table and Chairs Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(1) | 50.00 | 50.00 |
| Sofa Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(2) | 25.00 | 25.00 |
| Living Room Chair Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(3) | 40.00 | 40.00 |
| Coffee Table Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(4) | 30.00 | 30.00 |
| Lamps (3) Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(5) | 20.00 | 20.00 |
| Beds (2) Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(7) | 50.00 | 50.00 |
| Dresser Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(8) | 40.00 | 40.00 |
| Bedding Sheets and Blankets Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(9) | 50.00 | 50.00 |
| Vacuum Cleaner Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(17) | 10.00 | 10.00 |
| Washing Machine Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(15) | 75.00 | 75.00 |
| Clothes Dryer Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(16) | 75.00 | 75.00 |
| Refrigerator Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(14) | 100.00 | 100.00 |
| Stove Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(13) | 50.00 | 50.00 |

___**1**___ continuation sheets attached to Schedule of Property Claimed as Exempt

In re **Garreth Leland Hanna,** Case No. **4:11-bk-04433**
      **JoAnn Marie Hanna**
_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Television** <br> Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(11) | 50.00 | 50.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> Decorative Paintings <br> Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1123(10) | 25.00 | 25.00 |
| **Computer** <br> Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1125(7) | 100.00 | 100.00 |
| **Wearing Apparel** <br> Men's and Women's Clothing <br> Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1125(1) | 250.00 | 250.00 |
| **Furs and Jewelry** <br> Watch <br> Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1125(6) | 30.00 | 30.00 |
| **Wedding Rings** <br> Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1125(4) | 2,000.00 | 500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2003 Chevrolet Silverado 1500 HD Crew Cab <br> Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1125(8) | 5,000.00 | 10,675.00 |
| 2004 Nissan Maxima <br> Location: 7115 N. Skyway, Tucson AZ 85718 | Ariz. Rev. Stat. § 33-1125(8) | 5,000.00 | 8,175.00 |
| | Total: | 163,420.00 | 295,770.00 |

Sheet **1** of **1** continuation sheets attached to the Schedule of Property Claimed as Exempt